Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**FILED**

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

for the

AUG 17 2022

_____ District of _____

TAMMY H. DOWNS, CLERK

_____ Division

By: _____ DEP CLERK

Kyle Watkins / Eagle Eye *Chief*

Katrina Watkins

Case No. 2:22cv143-BSM

*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)

**Plaintiff(s)**

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

CCSd  Julianne Portis  -v-  WMPd  Willis Mondy
CC prosecutors office Mike Snell,
Lindsay Fairley, Boone Nance (officer) Kenton, Langston,
Justin Obrien, Judge Keith Blackman Lindsay Fairley

)
)
)
)
)
)

**Defendant(s)**

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

This case assigned to District Judge Miller
and to Magistrate Judge Green

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I.     **The Parties to This Complaint**

   A.     **The Plaintiff(s)**

      Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

      Name          Kyle & Katrina Watkins
      Address       867 Proctor Rd
                    Proctor          Ark          72376
                       *City*           *State*       *Zip Code*
      County        Crittenden
      Telephone Number   901 4978304      901 314 1060
      E-Mail Address      ISh.watkins18 @ gmail

   B.     **The Defendant(s)**

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

      Defendant No. 1         Crittenden County Prosecutors & Judges
                              Pros Mike Snell, Lindsay Fairley, Boone Nance
      Name                    Judges Lindsay Fairley, Keith Blackmon
      Job or Title *(if known)*
      Address                 100 Court Street
                              Marion          Arik          72364
                                 *City*          *State*        *Zip Code*
      County                  Crittenden
      Telephone Number           870 739 3200
      E-Mail Address *(if known)*

                              ☒ Individual capacity   ☒ Official capacity

      Defendant No. 2
      Name                    Julianne Pontis
      Job or Title *(if known)*  Humane Society President 501c
      Address
                                                Arik
                                 *City*          *State*        *Zip Code*
      County
      Telephone Number
      E-Mail Address *(if known)*

                              ☒ Individual capacity   ☒ Official capacity

Defendant No. 3

Name · *CRittenden County SheRiFF DepT*

Job or Title *(if known)* *OFFiceRS*

Address *350 AFco Rd*

*MARioN* *AR* *72301*
City     State     Zip Code

County *CRittenden*

Telephone Number *870 702 2010*

E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

Name *West memphis Pd*

Job or Title *(if known)* *OFFiceRS*

Address *626 E BRodwAy ST*

*West memphis* *ARK* *732 ~~01~~*
City     State     Zip Code

County *CRittenden*

Telephone Number *870 732 7500*

E-Mail Address *(if known)*

☒ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*See Attach Facts of Violations*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*See Attach Facts of Violations*

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attach Coosa Nation Documents*

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

*My Home   My Church   On the Roadside   At Jail*

B.  What date and approximate time did the events giving rise to your claim(s) occur?

*See Attached Dates*

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See Attached Facts of Violation For claim And .C. In Attachment After ~~the Days~~*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Contution of Eye        CRittenden County Hospital

Eye Treatment

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

WE the Plantiffs Kyle & KAtRiNA WAtKins ARE ASKing the Courts FOR A PeRmeNanT injunction AgainsT the CRittenden County PRosecutors office, The CRittenden County Sheriff DepT, WEST Memphis Police depT, JuliaNNe PORtis Humane Society et1 FOR violations of color of law and ouR Human and Civil Rights Knowingly and willinly. We ARE ASKing FOR RelIEF in MAximum of 5 million INdv/pRivate 5 million in gov official compacity

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      8-17-2022

Signature of Plaintiff

Printed Name of Plaintiff      Kyle WATKins            Katrina Watkins

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |

Telephone Number

E-mail Address

CARLYLE TELESFORD
MY COMMISSION # 12690523
EXPIRES: August 10, 2025
Crittenden County

Kyle Watkins
Indigenously known as Chief Eagle Eye
        vs
Julianne Portis
West Memphis Police Department
Crittenden County Sheriff Department
Willis Mondy
City of West Memphis  205 S Redding  P.O. Box 1728
Crittenden County Prosecutors Office
Mike Snell
Lindsay Fairley
Boone Nance
Officer Langston (arresting officer)
Keith Blackman
Justin O'Brien


Facts Violations

No Subject Matter Jurisdiction

Hague Convention International Agreement USM-94 Foreign Central

Authority and US Code 28607 Practice of Law Prohibited

705 ilcs220 Corporation Practice of Law Prohibited Act

Section 242 Title 18 Willfully Depriving a Person of Rights Protected by United States Constitution

Title 18 USC242 Exempted from Licensing

United States Constitution Amendments #1,2,4,5 & 14

Statement of Claim
I Kyle Watkins indigenously known as Chief Eagle Eye and my family(KaTrina,Ishmael & Kesslyn) Watkins have been assaulted & falsely imprisoned in Crittenden County numerous times. The facts are the Crittenden County Prosecutors Office, The City of West Memphis, The Crittenden County Sheriff Department & West Memphis Police Department are denying me equal protection under the law. I have been falsely imprisoned including my wife KaTrina Watkins for assault on a government official & the case was dismissed, the official was convicted, never arrested & our After School Program was destroyed because the children were afraid to come back.

A.   My home,my church, on the roadside &  Places of Incidents
     jailhouse.

B.  2-27-2007,3-9-2007,3-10-2007,3-27-2007
    5-31-2011(Defendant William Shaw)          Dates of incidens

    5-13-2007,6-15-2009,1-26-2011,4-23-2010
    2-23-2011,2009,2007,2010,2011,8-15-2018
    (Defendent LeeTroy)

4-5-2011                    MORE incident DAteS

8-26-2015(Defendent Willis Mondy)

11-19-2019
11-29-2021
6-23-2010
3-27-2022
7-19-2022
7-20-2022

C.  Drove wife off road,shot/killed my dog we
    have the bullet,drove tractor over fruit trees,
    busted & convicted for shooting at me(William Shaw)
    LeeTroy Watkins assault on my son(Kesslyn),mailbox destroyed,drove over my
foot,shooting at me while cutting grass (LeeTroy) Watkins,brandishing,denial of restraining
order,temporary restraining order/violation LeeTroy Watkins, final order of restraining
order(granted 3yrs later) & another restraining order violation in 2018 (LeeTroy) Watkins.
Arrested for assault, false imprisonment for my wife (KaTrina & myself),no jury trials,false
charges,Rights to Bear Arms taken away,Coercion,illegal seizure

C. Yes others were involved(witnesses): Justin Conway,Sheila Lytle(Watkins),Alfred
Thomas,Jimmy Waterford,KaTrina Watkins,Ishmael Watkins,Kesslyn Watkins, Joe Bowser

Also, United Nations DECLARATION on the RIGHTS of INDIGENOUS PEOPLES (see attached) Articles 1,2,3,4,5,6,7 (1 & 2),8,9,10,11,13(2),15(2)19,24,28,31,33,37,38, 44-46.

Public Law 83-280

Indian Springs CO vs Brown

Thompson vs Smith

Caneisha Mills vs DC 2009

Berberian vs Lussier

Schecter vs Killingsworth

Simeone vs Lindsay

House vs Cramer

Claim Relief – that the charge and conviction be over turned and dismissed against Mr. Kyle Watkins indigenously known as Chief Eagle Eye for lack of Subject Matter Jurisdiction and for violations of United Nations DECLARATION on the RIGHTS of INDIGENOUS PEOPLES

_____

Kyle Watkins indigenously known as Chief Eagle Eye (Defendant)

Date:_____\2022

# Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURJAH OTA-DABUN |
|---|---|---|
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

In accordance with U. N. Resolution 1514 & 1654- Decolonization Act (1960, 1961)
Declaration on the granting of independence to colonial countries and peoples.

**Article VI. Collective Rights** of the <u>American Declaration on the Rights of Indigenous People</u> (ADRIP) states, "*Indigenous peoples have collective rights that are indispensable for their existence, well-being, and integral development as peoples. In this regard, the states recognize and respect, the right of the indigenous peoples to their collective action; to their juridical, social, political, and economic systems or institutions; to their own culture; to profess and practice their spiritual beliefs; to use their own tongues and languages; and to their lands, territories and resources. States shall promote with the full and effective participation of the indigenous peoples the harmonious coexistence of rights and systems of the different population, groups, and cultures.*"

July 21, 2022

Leslie Rutledge, Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Fax: (501) 683-2520
Email: oag@arkansasag.gov

Keith Chrestman
2nd Judicial State Prosecutor
c/o Ms. Amy Peyton
Email: apeyton@crittco.com

Robbin A. Campbell, Chief of Police
City of West Memphis
205 South Redding P.O. Box 1728
Fax: 870-732-7650

**RE:    GENOCIDE AGAINST "BLACK BROWN & INDIGENOUS PEOPLES"**

Greetings Distinguished Officers,

It was brought to the attention of our council that our brother Mr. Kyle K. Watkins (DOB 11-24-1969), Indigenously known as Chief Eagle Eye, was apprehended by your authorities on or about July 19, 2022. Mr. Watkins has since bonded out and seeking justice for the charges brought against him. We've made a series of calls today about the return of Mr. Watkins property, namely his <u>tribal identification</u>, and was verbally abused by a <u>Mike Snell</u>, assistant prosecuting attorney. Mr. Snell told me (Dr. Tate) "lady shut up" and spewed ignorance concerning who we allegedly are not according to him. Furthermore, Mr. Watkins informed us that he was not given any food while incarcerated for two days as a vegan. Also, Mr. Watkins described unsanitary conditions without usage of sinks and running water.

CNNA (USA) Headquarters/Embassy: 124 Saunders Street, Flovilla, GA 30216
Mailing address: P O Box 1841 Jackson, GA 30233; Office: 678)752-8455
http://coosanationstate.org

# Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURIAH OTA-DABUN |
|---|---|---|
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

As a Juridical Personality, our nation-state advocates for natural (human) rights for Indigenous families and individuals across the United States while in the process of decolonization and peaceful pursuance of self-determination and self-governance. We have brought the continuum of hate crimes perpetrated against kinship of our communities to the attention of United States officials including President Biden, Secretary Blinken, and members of congress regarding the charge of Genocide[1].

Since the United States has been found guilty of 5 counts of Genocide, we need assistance holding state actors and other individuals accountable for crimes against our humanity as Aboriginal Indigenous Peoples forcibly racialized as colored, black, brown, Afro and African American, etcetera experiencing the continuum of Genocide in real time by way of domestic terrorisms executed by federal and state security forces, judicial criminal misconduct, weaponization of the legal system, death by hanging, child trafficking through child protective services, colorable law violations, arbitrary taking of land and property, unlawful arrests and detainment, inhumane prison conditions, hyper-mass incarcerations, housing discrimination, retaliation perpetrated by public officials, environmental injustice, etcetera.

We have a plethora of current cases reported to and documented with United States Justice Department as well a **State of Emergency** filed with and received by the U.S. Department of Defense [**see attachment**]. It is the constitutional responsibility of your higher ups in DC to make all its subsidiaries aware of the fact that Wi are Decolonizing especially since our steps are transparent and lawful. The behavior of your law officer Mr. Mike Snell, the questionable detainment, and unlawful confiscation of Mr. Watkins property is indicative of the belligerence we face as an occupied people that is no longer our burden to carry.

Thank you in advance for your assistance and cooperation as we look forward to working with you to put an end to the Continuum of Genocide against Aboriginal American Indians reclassified as "Black, Brown, and Indigenous" peoples in accordance with the **Convention on the Prevention and Punishment of the Crime of Genocide** and **Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law.**

AH SHo!

Dr. Monique Y Tate, PC Sahani Ugidahli

Suriah Ota'Dabun, Chieftess of Justice

---

[1] Human rights | Tribunal2021 | United States

CNNA (USA) Headquarters/Embassy: 124 Saunders Street, Flovilla, GA 30216
Mailing address: P O Box 1841 Jackson, GA 30233; Office: 678)752-8455
http://coosanationstate.org

Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURJAH OTA-DABUN |
|---|---|---|
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

cc.    Ambassador Anu Thunder, Ronnie McLean (NCSO)
      Email: cnna-councilofnine@outlook.com

      Chief Eagle Eye, Kyle K. Watkins
      lgwatkins18@gmail.com

      Dr. Beth Van Shaack, Ambassador-at-large
      US Department of State- Office of Global Criminal Justice
      c/o Mr. Brunermer
      Phone: (202) 647- 8177
      Email: brunermerjc@state.gov



OFFICIAL RAISED SEAL

SH'NELL AH OOL
It is Written It is Spoken it is Heard

CNNA (USA) Headquarters/Embassy: 124 Saunders Street, Flovilla, GA 30216
Mailing address: P O Box 1841 Jackson, GA 30233; Office: 678)752-8455
http://coosanationstate.org

CNNA State of Emergency 01-01212022

# Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURJAH OTA-DABUN |
|---|---|---|
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

In accordance with U.N. Resolution 1514-Decolonization Act (1960)
Declaration on the granting of independence to colonial countries and peoples

**Article VI. Collective Rights** of the American Declaration on the Rights of Indigenous People (ADRIP) states, "*Indigenous peoples have collective rights that are indispensable for their existence, well-being, and integral development as peoples. In this regard, the states recognize and respect, the right of the indigenous peoples to their collective action: to their juridical, social, political, and economic systems or institutions; to their own culture; to profess and practice their spiritual beliefs; to use their own tongues and languages; and to their lands, territories and resources. States shall promote with the full and effective participation of the indigenous peoples the harmonious coexistence of rights and systems of the different population, groups, and cultures.*"

## THE GREAT GRAND COUNCIL

LAWFULLY ADDRESSES

THE UNITED STATES (in America) OFFICE OF THE PRESIDENT, DEPARTMENT OF STATE AND ALL RELATIVE DEPARTMENTS AND AGENCIES, MEMBERS OF CONGRESS, AND ALL DOMESTIC POLITICAL SUBDIVISIONS (State and Local Officials), HEADS OF STATE OF MEMBER STATES OF ORGANIZATION OF AMERICAN STATES (OAS), AND SECRETARIATS OF OAS AND UNITED NATIONS, ETCETERA AND IN LAWFUL CORRESPONDENCE TO:

UNITED STATES DEPARTMENT OF STATE
Secretary Anthony Blinken
2201 C St. NW
Washington, DC 20520
c/o WHA/USOAS Bureau of Western Hemisphere Affairs Department of State
Room 5914 Washington, District of Columbia 20520
And a copy to via Email: usa@oas.org

AND

DEPARTMENT OF DEFENSE
Secretary Lloyd J. Austin III
1000 Defense Pentagon
Washington, District of Columbia 20301-1000

CNNA (USA) Headquarters: 124 Saunders Street, Flovilla, GA 30216
Mailing: P O Box 1841 Jackson, GA 30216 Office: 678)752-8455
http://coosanationstate.org

CNNA State of Emergency 01-01212022

# Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURIAH OTA-DABUN |
|---|---|---|
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

**OFFICIATES THIS**

**STATE OF EMERGENCY**

Pursuant to Council Resolution No. 01-032821-The Great Decree, and In accordance with U.N. Resolution 1514-Decolonization Act (1960)

> "Conscious of the need for the creation of conditions of stability and well-being and peaceful and friendly relations based on respect for the principles of equal rights and self-determination of all peoples, and of universal respect for, and observance of, human rights and fundamental freedoms for all without distinction as to race, sex, language or religion, Recognizing the passionate yearning for freedom in all dependent peoples and the decisive role of such peoples in the attainment of their independence"

Wi the People find it necessary to officiate this **STATE OF EMERGENCY** due to the continuum of Ethnocide, Genocide, and DEMOCIDE against Aboriginal Indigenous Americans (American Indians/Aborigines) and American citizens committed by the UNITED STATES, ET AL., through and by its forced, de facto mRNA- genetic bioweapon in continuation of the COVID-19 ("Gain of Function Research") global population control protocol, committing treason against our organic constitutions, denying basic rights to life, liberty, and the pursuit of happiness.

The UNITED STATES, ET AL., is in violation of **The Great Law of Peace** and the CEASE-AND-DESIST order circulated by **The Great Decree** beginning in March of 2021. Subsequently, the UNITED STATES government was charged of Genocide in 1951- *We Charge Genocide: The Historic Petition to the United Nations for Relief From a Crime of The United States Government Against the Negro People*, and again in 2021 where they have been found guilty of 5 Counts of GENOCIDE by an **International Tribunal on Human Rights Abuses Against Black, Brown, and Indigenous Peoples October 23-25, 2021 New York, NY, Turtle Island, Lenape land, USA** [News | Tribunal2021]

Exercising our rights as Aboriginal Indigenous Americans to decolonize and be self-determinate continues to be impeded by benign neglect, outright denial of requests for resources and assistance, identity theft/fraud, and weaponization of the U. S. legal system whereas exhausting State remedies is impossible given actions of rogue misconduct and or inaction by the State and its political subdivisions. [SEE Home (americaunitedinternational.net)]

Moreover, transnational, and international organizations such as the OAS and United Nations are historically complicit in their oversight and correction of human rights crimes and abuses against **Aborigines** that occur on Turtle Island (in the Americas) including other territories such as West Papua and Australia.

CNNA State of Emergency 01-01212022

# Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURIAH OTA-DABUN |
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

Given the fact the UNITED STATES is a State Party to the <u>Convention on the Prevention and Punishment of the Crime of Genocide</u> (1948) whereas:

> "The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is crime under international law which they undertake to prevent and to punish [Article 3]…The Contracting Parties undertake to enact, in accordance with their respective Constitutions, the necessary legislation to give effect to the provisions of the present Convention, and, in particular, to provide effective penalties for persons guilty of genocide or any of the other acts enumerated in article III" [Article V]

We demand IMMEDIATE ACTION from the UNITED STATES in addressing rogue political subdivisions on how to lawfully engage us (all federal agencies, states, counties, local government, and all law enforcement, security forces etcetera) and giving notice to all state actors and reconstituting public servants in Constitutional Law and the Supreme Law of the Land which is Treaty Law:

> *"Whereas, since the formation of the United States, the Congress has recognized the sovereign status of Indian tribes and has, through the exercise of powers reserved to the Federal Government in the Commerce Clause of the Constitution (art. I, s.2, cl. 3), dealt with Indian tribes on a government-to-government basis and has, through the treaty clause (art. II, s.2, cl. 2) entered into three hundred and seventy treaties with Indian tribal Nations;*
> *Whereas, from the first treaty entered into with an Indian Nation, the treaty with the Delaware Indians of September 17, 1778, the Congress has assumed a trust responsibility and obligation to Indian tribes and their members*
> *Whereas this trust responsibility calls for Congress to "exercise the utmost good faith in dealing with Indians" as provided for the Northwest Ordinance of 1787, (1 Stat. 50);*
> *Whereas the judicial system of the United States has consistently recognized and reaffirmed this special relationship…"*
> [100th CONGRESS 2D Session H. CON. RES. 331]

> "…*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding*" [<u>Article 6 of the United States Constitution</u>]

CNNA State of Emergency 01-01212022

# Coosa Nation-State of North America



| | | |
|---|---|---|
| EMAH AHNEETAH | SAHANI UGIDAHLI | SURJAH OTA-DABUN |
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

Under the provisions of the <u>International Covenant on Civil and Political Rights</u> (ICCPR) in which the UNITED STATES has been a State Party since 1996, We demand the UNITED STATES work collaboratively with our Councils to implement effective remedy by

> "Competent judicial, administrative or legislative authorities, or by any other competent authority provided for by the legal system of the State, and to develop the possibilities of judicial remedy"

As PRISONERS OF WAR and PROTECTED PERSONS in accordance with the <u>Fourth and Fifth Geneva Conventions</u>, and since we are forced Nationals (Schneider Act 1924) of an occupying, co-belligerent State and **do not** have normal diplomatic representation in the UNITED STATES, we demand all General Provisions of these International Conventions.

IN CONCLUSION

For far too long our people the Aboriginal American Indians have been treated as below human, reclassified, beaten, lynched, persecuted, and robbed of our history and dignity. Many good people from the United States and the International community have fought to change this reality by passing resolutions, declarations, and laws to put a cease to our abuse. For the love of these great individuals, their spirit, and the need to restore and maintain peace on our land, we demand that the laws, resolutions, and declarations be respected and enforced, so justice finally prevails.

Wi the People seek SAFE PASSAGE in our RIGHT OF RETURN~

AH SHo!

CNNA State of Emergency 01-01212022

# Coosa Nation-State of North America



| EMAH AHNEETAH | SAHANI UGIDAHLI | SURJAH OTA-DABUN |
|---|---|---|
| Head Clan Mother | Principal Chieftess | Chieftess Of Justice |

Attested and executed this 21st day of _____January_____ 20 22

Representative Signatories,

S/ _____
Principal Chieftess Sahani Ugidahli, Dr. Monique Y Tate (GA)

/S/ _Emah AHNEETAH_
Emah AHNEETAH Anita Lawson, Chief Mother (NJ)

/S/ _Chieftess Suriah Ota'Dabun_
Chieftess Suriah Ota' Dabun, Clan Mother & Chief Justice (AL)

/S/ _____
Chieftess Teh'Yah Handy Clan Mother & Administration, Oka Nashoba Chikashah (TN, MS, AR)

/S/ _____
Chieftess Eyota, Clan Mother & Government Administration (AL)

/S/ _Eagle Eye_
Chief Eagle Eye of Oka Nashoba Chikashah Nation, (TN, AR)

/S/ _Two White Arrows_
Ray Hall, Two White Arrows, Deputy Ambassador (MI)

/S/ _Anu Deganoweeda Thunder (Ronnie McLean)_
Anu Deganoweeda Thunder (Ronnie McLean), Ambassador (NY & Canada)

/S/ _Little Tornado_
Chief Little Tornado of Ba-Pakal Luma Nation (NC, VA, FL)

## OFFICIAL RAISED SEAL

SHINE EKAHOOL-
It is Written It is Spoken It is Heard

CNNA (USA) Headquarters: 124 Saunders Street, Flovilla, GA 30216
Mailing: P O Box 1841 Jackson, GA 30216 Office: 678)752-8455
http://coosanationstate.org



 Cornell Law School    Search Cornell

LII      

# 28 U.S. Code § 607 - Practice of law prohibited

U.S. Code    Notes

prev | next

An officer or employee of the Administrative Office shall not engage directly or indirectly in the practice of law in any court of the United States.

(June 25, 1948, ch. 646, 62 Stat. 915.)

∧


   

5:21 ◀ Messages    LTE

﹀

**but in his safe conduct."**

Thompson v.Smith, 154 SE 579, 11 American Jurisprudence, Constitutional Law, section 329, page 1135 "The right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." –

Thompson vs. Smith, supra.; Teche Lines vs. Danforth, Miss., 12 S.2d 784 "... the right of the citizen to drive on a public street with freedom from police interference... is a fundamental constitutional right" -White, 97 Cal.App.3d.141, 158 Cal.Rptr. 562, 566-67 (1979) "citizens have a right to drive upon the public streets of the District of Columbia or any other city absent a constitutionally sound reason for limiting their access."

🔒 wearechange.org

 An official website of the United States government
Here's how you know ⌄

 THE UNITED STATES
DEPARTMENT *of* JUSTICE                                    ≡

**SUMMARY:**

- Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.
  For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

  The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

### TITLE 18, U.S.C., SECTION 242

*Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

*Updated May 31. 2021*

Was this page helpful?
Yes      No

**Affidavit**

STATE OF TEXAS
COUNTY OF DALLAS

BEFORE ME, the undersigned authority, this day personally appeared THEYFEARTRUTH
FEDERAL GOVERNMENT OF AMERICA, who after being by me duly sworn, on oath
deposes and says:

1. I am over the age of 18 and am a resident of the State of Texas. I have personal knowledge of
the facts herein, and, if called as a witness, could testify completely thereto.

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. Kyle Watkins Chief Minister of Defense Federal officer for Theyfeartruth Federal Government
of America under the command of Rico Dukes Chief Officer of Theyfeartruth Federal Government
of America

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___12___ day of ___August___, 20__22__.

___Rico Dukes___

Theyfeartruth Federal Government of America

### NOTARY ACKNOWLEDGMENT

STATE OF TEXAS, COUNTY OF DALLAS, ss:

This Affidavit was acknowledged before me on this __13__ day of __August__,
__2022__ by Theyfeartruth Federal Government of America, who, being first duly sworn on oath
according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by
him/her, and that the matters stated herein are true to the best of his/her information, knowledge
and belief.

GLADYS M. SMITH
Notary Public, State of Texas
Comm. Expires 12-13-2025
Notary ID 133486440

___Gladys Smith___

Notary Public

_____
Title (and Rank)

My commission expires _____

This is a RocketLawyer.com document.



✕   🔒  View Com...
everify.uscis.gov

🇺🇸 An official website of the United States government
Here's how you know ⌄

**E-Verify**

Menu ≡

## My Company Account

← **View Existing Users**

# Kyle Watkins

## User Information

**User ID**

KWAT7380

**Email Address**

Theyfeartruth.gov@gmail.com

7:40 ⚙ 🔘 🖼 ·      5G ᵢₗₗ 89% 🔋

← 🔒 **Member Profile**
iaca.memberclicks.net    🔗 ⋮



International
Association For
Court Administration

≡

| My Community | ~~My Profile~~ | Connections | My Features | Inbox |

**Rico Dukes**
6 months ago

**Last online**
5 minutes ago

**Profile views**
0 view(s)

**Connections**

No connections yet

Show All Connections (0)

Rico Dukes &     Rico Dukes
connections

**My Status**
Share your thoughts here

**Latest Photos**

- Change Profile Picture   ⁞ Start a new circle   ᴀ Write Message
- Privacy   ▾ Upload photos   ▢ View your inbox

**Circles**

Show all (0)

**Wall**

[                                        ]

Add Comment

**Rico Dukes,**
Theyfeartruth Federal Government of America was
founded by Rico Dukes on June 14 2020 in Dallas
TX and was acknowledged by the Whitehouse and
the Whitehouse FBI on July 24 2020

Comment
😐 Tuesday, April 26, 2022 04:35 PM [Remove]

Show All (1)

**Username**
theyfeartruthfedgov@gmail.com      Edit

**Member Type**
Association Member

**Group**
Association Member

**Member Status**
Active

**Member Number**
1988

**Full Name**
Rico Dukes

|||     ▢     ‹

# United Nations Declaration on the Rights of Indigenous Peoples



*Believing* that this Declaration is a further important step forward for the recognition, promotion and protection of the rights and freedoms of indigenous peoples and in the development of relevant activities of the United Nations system in this field,

*Recognizing and reaffirming* that indigenous individuals are entitled without discrimination to all human rights recognized in international law, and that indigenous peoples possess collective rights which are indispensable for their existence, well-being and integral development as peoples,

*Recognizing* that the situation of indigenous peoples varies from region to region and from country to country and that the significance of national and regional particularities and various historical and cultural backgrounds should be taken into consideration,

*Solemnly proclaims* the following United Nations Declaration on the Rights of Indigenous Peoples as a standard of achievement to be pursued in a spirit of partnership and mutual respect:

*Article 1*

Indigenous peoples have the right to the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms as recognized in the Charter of the United Nations, the Universal Declaration of Human Rights[4] and international human rights law.

*Article 2*

Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity.

*Article 3*

Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

*Article 4*

Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to

their internal and local affairs, as well as ways and means for financing their autonomous functions.

## Article 5

Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State.

## Article 6

Every indigenous individual has the right to a nationality.

## Article 7

1. Indigenous individuals have the rights to life, physical and mental integrity, liberty and security of person.

2. Indigenous peoples have the collective right to live in freedom, peace and security as distinct peoples and shall not be subjected to any act of genocide or any other act of violence, including forcibly removing children of the group to another group.

## Article 8

1. Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.

2. States shall provide effective mechanisms for prevention of, and redress for:

(a) Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities;

(b) Any action which has the aim or effect of dispossessing them of their lands, territories or resources;

(c) Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights;

(d) Any form of forced assimilation or integration;

(e) Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them.

### Article 9

Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in accordance with the traditions and customs of the community or nation concerned. No discrimination of any kind may arise from the exercise of such a right.

### Article 10

Indigenous peoples shall not be forcibly removed from their lands or territories. No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and after agreement on just and fair compensation and, where possible, with the option of return.

### Article 11

1.   Indigenous peoples have the right to practise and revitalize their cultural traditions and customs. This includes the right to maintain, protect and develop the past, present and future manifestations of their cultures, such as archaeological and historical sites, artefacts, designs, ceremonies, technologies and visual and performing arts and literature.

2.   States shall provide redress through effective mechanisms, which may include restitution, developed in conjunction with indigenous peoples, with respect to their cultural, intellectual, religious and spiritual property taken without their free, prior and informed consent or in violation of their laws, traditions and customs.

### Article 12

develop

## Article 13

1.   Indigenous peoples have the right to revitalize, use, develop and transmit to future generations their histories, languages, oral traditions, philosophies, writing systems and literatures, and to designate and retain their own names for communities, places and persons.

2.   States shall take effective measures to ensure that this right is protected and also to ensure that indigenous peoples can understand and be understood in political, legal and administrative proceedings, where necessary through the provision of interpretation or by other appropriate means.

tive measures, in order for indigenous individuals, particularly chil-
dren, including those living outside their communities, to have
access, when possible, to an education in their own culture and pro-
vided in their own language.

## Article 15

1.   Indigenous peoples have the right to the dignity and diversity
of their cultures, traditions, histories and aspirations which shall be
appropriately reflected in education and public information.

2.   States shall take effective measures, in consultation and coopera-
tion with the indigenous peoples concerned, to combat prejudice
and eliminate discrimination and to promote tolerance, understand-
ing and good relations among indigenous peoples and all other seg-
ments of society.

## Article 16

1.   Indigenous peoples have the right to establish their own media in
indigenous

making institutions.

## Article 19

States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free, prior and informed consent before adopting and implementing legislative or administrative measures that may affect them.

## Article 20

1.   Indigenous peoples have the right to maintain and develop their political economic and social systems or institutions, to be secure in the enjoyment of their own means of subsistence and development, and to engage freely in all their traditional and other economic activities.

*8*

...ttutions.

*Article 24*

1.   Indigenous peoples have the right to their traditional medicines and to maintain their health practices, including the conservation of their vital medicinal plants, animals and minerals. Indigenous individuals also have the right to access, without any discrimination, to all social and health services.

2.   Indigenous individuals have an equal right to the enjoyment of the highest attainable standard of physical and mental health. States shall take the necessary steps with a view to achieving progressively the full realization of this right.

*9*

## Article 28

1. Indigenous peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair and equitable compensation, for the lands, territories and resources which they have traditionally owned or otherwise occupied or used, and which have been confiscated, taken, occupied, used or damaged without their free, prior and informed consent.

2. Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of lands, territories and resources

*Article 31*

1.    Indigenous peoples have the right to maintain, control, protect and develop their cultural heritage, traditional knowledge and traditional cultural expressions, as well as the manifestations of their sciences, technologies and cultures, including human and genetic resources, seeds, medicines, knowledge of the properties of fauna and flora, oral traditions, literatures, designs, sports and traditional games and visual and performing arts. They also have the right to maintain, control, protect and develop their intellectual property over such cultural heritage, traditional knowledge, and traditional cultural expressions.

*11*

ial impact. , economic, social, cultural or spiri-

## rticle 33

. Indigenous peoples have the right to determine their own identy or membership in accordance with their customs and traditions. 'his does not impair the right of indigenous individuals to obtain itizenship of the States in which they live.

. Indigenous peoples have the right to determine the structures nd to select the membership of their institutions in accordance with heir own procedures.

## rticle 34

ndigenous peoples have the right to promote, develop and mainain their institutional structures and their distinctive customs, spiriuality, traditions, procedures, practices and, in the cases where they xist, juridical systems or customs in accordance with international

the implementation of this right.

## Article 37

1. Indigenous peoples have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successors and to have States honour and respect such treaties, agreements and other constructive arrangements.

2. Nothing in this Declaration may be interpreted as diminishing or eliminating the rights of indigenous peoples contained in treaties, agreements and other constructive arrangements.

## Article 38

States, in consultation and cooperation with indigenous peoples, shall take the appropriate measures, including legislative measures, to achieve the ends of this Declaration.

*Article 39*

### Article 44

All the rights and freedoms recognized herein are equally guaranteed to male and female indigenous individuals.

### Article 45

Nothing in this Declaration may be construed as diminishing or extinguishing the rights indigenous peoples have now or may acquire in the future.

### Article 46

1.  Nothing in this Declaration may be interpreted as implying for any State, people, group or person any right to engage in any activity or to perform any act contrary to the Charter of the United Nations or construed as authorizing or encouraging any action which would dismember or impair, totally or in part, the territorial integrity or political unity of sovereign and independent States.

2.  In the exercise of the rights enunciated in the present Declaration, human rights and fundamental freedoms of all shall be respected. The exercise of the rights set forth in this Declaration shall be subject only to such limitations as are determined by law

and in accordance with international human rights obligations. Any such limitations shall be non-discriminatory and strictly necessary solely for the purpose of securing due recognition and respect for the rights and freedoms of others and for meeting the just and most compelling requirements of a democratic society.

3.    The provisions set forth in this Declaration shall be interpreted in accordance with the principles of justice, democracy, respect for human rights, equality, non-discrimination, good governance and good faith.

UNITED STATES DISTRICT COURT

for the

_____District of_____

_____Division

Plaintiff(s)
Kyle Watkins, Indigenously known as Chief Eagle Eye

v.

Defendant(s)
Julianne Portis,West Memphis Police Department,Crittenden County Sheriff Department,Willis Mondy,City of West Memphis,Crittenden County Prosecutors Office,Mike Snell,Lindsay Fairley,Boone Nance,Officer Langston,Keith Blackman,Justin O'Brien

## ORDER FOR EMERGENCY INJUCTION RELIEF

I Myself the Beneficiary, natural living man, Indigenous American Kyle K. Watkins, Indigenously known as Chief Eagle Eye and on behalf of myself and members of my family and nation submits this REQUEST FOR **AN ORDER FOR EMERGENCY INJUNCTION** against the STATE OF ARKANSAS et al., namely CRITTENDEN COUNTY SHERIFF DEPARTMENT, WEST MEMPHIS DEPARTMENT, CRITTENDEN COUNTY PROSECUTORS OFFICE, CITY OF WEST MEMPHIS, JULIANNE PORTIS, WILLIS MONDY, MIKE SNELL, LINDSAY FAIRLEY, BOONE NANCE, OFFICER LANGSTON, KEITH BLACKMAN, JUSTIN O'BRIEN, to restrain state agents from continuing acts of GENOCIDE (18 USC 1091) against me and members of my family, as the injured party, by using COLOR OF LAW tactics (18 USC 242) to terrorize us (18 USC 2331(5)): No Subject Matter Jurisdiction, Hague Convention International Agreement USM-94 Foreign Central, Authority and US Code 28607 Practice of Law Prohibited, 705 ilcs220 Corporation Practice of Law Prohibited Act, Section 242 Title 18 Willfully Depriving a Person of Rights Protected by United States Constitution, Title 18 UCS242 Exempted from Licensing, United States Constitution Amendments #1,2,4,5 & 14.

> CARLYLE TELESFORD
> MY COMMISSION # 12690523
> EXPIRES: August 10, 2025
> Crittenden County

*Carlyle Telesford*

Date: 8-17-_____2022

*Kyle / Eagle Eye*

Kyle Watkins, Indigenously known as Chief Eagle Eye (Plaintiff)



## CEASE AND DESIST ORDER
## ISSUED AGAINST:

The Crittenden County District Court West Memphis, West Memphis, Arkansas
Corporal J. Collins #339, Arkansas State Police, 317 W. Tyler Ave., West Memphis,
AR 72301 870-732-7560, Fax No. 870-732-7560

**Pertaining to the unlawful and illegal WILLFULLY DEPRIVING** the rights of a natural
being by FALSIFYING EVIDENCE therefore placing the defendant's life in danger.

I, Kyle Watkins an Aboriginal American Indian in kinship with Coosa Nation of North-
America and Oka Nashoba Chikashah tribe of Tennessee, Arkansas & Mississippi is
under the protection of (Title 18 USC 242) and (Title 27 – Transportation 27-16-603)
EXEMPT FROM LICENSING in which Trooper J. Collins #339 documented on this
citation I gave him or possessed Arkansas Drivers License from the state of Arkansas
which is reflected on the ticket (Exhibit 1).

I do not and have not lived in Arkansas since 8-10-20 for living in fear of my natural
and civil rights being violated.  My address which you see on my Tennessee Identification
(Exhibit 2) is a Sanctuary Reservation in which I live for safety purposes but Trooper
Collins again falsified my address also to make it seem otherwise which has put me in fear
again.  I am humbly asking the court to dismiss this case and cease and desist from further
actions which will hinder any recovery process from sever anxiety.

Items included: 6 sheets
.Copy of ticket w/examples of falsification
.my photo ID
.my notarized Reservation address
.copy of Constitutional Laws (2 sheets)

Due To Your Covid
Outbreak I will
Not Appear In
Person This Is My
Response

Subscribed and sworn before me in my
presence, this 10th day of January
2022 by Kyle Watkins

Notary Public, Shelby County, State of TN