IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KYLE WATKINS et al.,                                                                              PLAINTIFFS

v.                    CASE NO. 2:22-CV-00143-BSM

JULIANNE PORTIS et al.,                                                DEFENDANTS

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of November, 2022.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE